UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACOB NOCITA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF GRAYS HARBOR COUNTY,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-05771-TMC<br><br>ORDER DIRECTING PERSONAL SERVICE BY UNITED STATES MARSHAL |

Mr. Nocita is proceeding with a civil action *pro se* and *in forma pauperis*. The Court previously granted Mr. Nocita's request to assist him with service pursuant to Federal Rule of Civil Procedure 4(c)(3). *See* Dkts. 20, 21. Accordingly, the Court hereby ORDERS as follows:

　　(1)　<u>Summons by Clerk</u>

The Clerk is directed to issue summons to the Housing Authority of Grays Harbor and assemble the necessary documents to affect this personal service. The address for the Housing Authority of Grays Harbor is: 602 East 1st Street, Aberdeen, WA 98520. *See* Dkt. 52-4.

　　(2)　<u>Service by United States Marshal</u>

The United States Marshal shall personally serve the Housing Authority of Grays Harbor at 602 East 1st Street, Aberdeen, WA 98520, by delivering copies of the summons and Plaintiff's

ORDER DIRECTING PERSONAL SERVICE BY UNITED STATES MARSHAL - 1

amended complaint, Dkt. 52, and copies of this Order to the Housing Authority's chief executive or their designated agent as required by Federal Rule of Civil Procedure 4(j)(2).

(3)  <u>Response to Complaint</u>

Within **twenty-one (21) days** after service, Defendant shall file and serve an answer or a motion directed to the complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure.

(4)  <u>Filing and Service by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. All non-attorneys, such as *pro se* parties and/or prisoners, may continue to file a paper original with the Clerk. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right-hand corner the name of the judge to whom the document is directed.

Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

(5)  <u>Motions, Generally</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar.

Stipulated and agreed motions, motions to file over-length motions or briefs, motions for reconsideration, joint submissions pursuant to the option procedure established in LCR 37(a)(2), motions for default, requests for the clerk to enter default judgment, and motions for the court to enter default judgment where the opposing party has not appeared shall be noted for consideration

on the day they are filed. *See* LCR 7(d)(1). All other non-dispositive motions shall be noted for consideration no earlier than 21 days after filing and service of the motion. *See* LCR 7(d)(3). All dispositive motions shall be noted for consideration no earlier than 28 days after filing and service of the motion. *Id*. Parties shall consult the Local Civil Rules for deadlines for opposition and reply briefs.

(6) The Clerk is directed to send a copy of this Order to plaintiff.

Dated this 29th day of December, 2025.

Tiffany M. Cartwright
United States District Judge